# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No. 08-cr-00365-REB

UNITED STATES OF AMERICA,

 Plaintiff,

v.

1. MICHAEL ARTHUR GRIGGS
2. CHARLES HOMER SHARP,
3. JUSTIN SHANE BLACKBURN,
4. MARK R. TROUDT,
5. JASON ALAN CAIN,
6. BRETT DAVID HARDING,
7. PETER T. JENNINGS,
8. MATTHEW KASKEL,
9. GARLAND SCOTT RISON, and
10. DANIEL JOHN TRAVERS,

 Defendants.

---

# FIRST SCHEDULING ORDER

---

**Blackburn, J.**

 On October 14, 2008, I conducted an initial status and scheduling conference. After conferring with counsel, I entered scheduling orders *pro tanto* from the bench. I enter this order to reiterate, confirm, supplement, and expatiate those initial scheduling orders.

 **THEREFORE, IT IS ORDERED** as follows:

 1. That by October 21, 2008, the government **SHALL FILE** its motion describing the procedure it proposes for the disclosure and production of additional discovery, including, but not limited to that contained within some 135 boxes and one or more

computer hard drives now in the government's possession; provided, furthermore, that any defendant wishing to respond **SHALL FILE** his response within 11 days following the filing of the government's motion;

2. That any motion seeking disclosure and production of relevant and appropriate grand jury information or materials **SHALL BE FILED** by October 21, 2008; provided, furthermore, that the government **SHALL FILE** its response to any such motion within five business days of the filing of such motion;

3. That any motion seeking relief under the Speedy Trial Act of 1974, 18 U.S.C. §§ 3161-1374, other than a motion seeking a declaration of complexity, **SHALL BE FILED** by October 27, 2008; provided, furthermore, that any response to any such motion **SHALL BE FILED** within 11 days of the filing of such motion; and

4. That the court **SHALL CONDUCT** a second status and scheduling conference on Friday, December 5, 2008, commencing at 8:30 a.m., when and where all parties and their counsel **SHALL APPEAR** without further notice or order, unless sooner excused by the court.

Dated in chambers October 14, 2008, to reiterate, confirm, supplement, and expatiate the orders issued from the bench in open court on October 14, 2008.

    **BY THE COURT:**

    **s/ Robert E. Blackburn**
    **Robert E. Blackburn**
    **United States District Judge**