IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 08-cr-00365-REB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.     MICHAEL ARTHUR GRIGGS,
2.     CHARLES HOMER "CHIP" SHARP,
3.     JUSTIN SHANE BLACKBURN,
4.     MARK R. TROUDT,
5.     JASON ALAN CAIN,
6.     BRETT DAVID HARDING,
7.     PETER T. JENNINGS,
8.     MATTHEW KASKEL,
9.     GARLAND SCOTT RISDON, and
10.    DANIEL JOHN TRAVERS,

       Defendants.

---

## ORDER GOVERNING DISCLOSURE OF GRAND JURY MATERIALS

---

On consideration of the government's Motion to Disclose Grand Jury Materials under Specified Conditions to Attorneys for the Defendants Pursuant to Fed. R. Crim. P. 6(e)(3)(E)(I), filed October 17[1], 2008,

**IT IS ORDERED** that a copy of the transcripts of testimony given before the grand jury and other grand jury materials be disclosed to the attorneys for the defendants for preparation for trial.

---

[1] The government's motion is a part of **Government's Response to Docket Nos. 89, 90, 94, and 95 And Motion To Disclose Grand Jury Materials Under Specified Conditions to the Attorneys for Defendants Pursuant to Fed. R. Cri, P. 6(e)(3)(E)(I)** [#100] filed October 17, 2008. Accordingly, this order resolves similar defense motions filed as docket entries 89, 90, 94, and 95.

**IT IS FURTHER ORDERED** that

1. Defense counsel shall make only such copies as are necessary to prepare a defense of this criminal case;

2. Defense counsel shall keep a written record concerning how many copies were made, to whom those copies were delivered, and the date of delivery and that defense counsel deliver a copy of this order allowing disclosure with the materials;

3. Defense counsel shall provide the defendants with reasonable access to the grand jury materials, but that defense counsel shall not allow the defendants to retain copies of any grand jury materials;

4. No person, other than defense counsel, shall make any copy of the grand jury materials for any purpose; and

5. At the conclusion of the case in this court, by entry of the court's judgment, defense counsel shall collect all such copies and return them to the government within ten days.

Dated October 20, 2008, at Denver, Colorado.

BY THE COURT:

s/ Robert E. Blackburn
ROBERT E. BLACKBURN
UNITED STATES DISTRICT JUDGE