# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No. 08-cr-00365-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MICHAEL ARTHUR GRIGGS, et al.

    Defendants.

## SECOND SCHEDULING ORDER

**Blackburn, Judge**

On December 5, 2008, I conducted an initial status and scheduling conference. After conferring with counsel, I entered scheduling orders *pro tanto* from the bench. I enter this order to reiterate, confirm, supplement, and expatiate those scheduling orders.

**THEREFORE, IT IS ORDERED** as follows:

1. That any motion to return property under Fed.R.Crim.P. 41(g) and any concomitant motion to suppress under Fed.R.Crim.P. 41(h) **SHALL BE FILED** as soon as practicable and by no later than December 15, 2008, and any response **SHALL BE FILED** within eleven (11) days of the filing of such motion; provided, furthermore, that any such motion that the court determines should be set for evidentiary hearing and/or argument **SHALL BE SET** for hearing at a telephonic motions hearing setting

conference[1] on **December 17, 2008**, at **10:00 a.m.**, that counsel for the government shall arrange, initiate, and coordinate; and

2. That as soon as practicable, counsel for the parties **SHALL MEET AND CONFER**,[2] and by no later than January 9, 2009, **SHALL FILE** a proposed joint or partially joint and/or individual scheduling orders,[3] which shall address, *inter alia*, a) the deadlines for filing non-CJA,[4] pretrial motions and responses; and b) the date and time[5] of a telephonic scheduling conference[6] at which timely filed pretrial motions, other than motions to return property, that the court determines should be set for hearing may be set for hearing.

Dated in chambers December 9, 2008, to reiterate, confirm, supplement, and expatiate the orders issued from the bench in open court on December 5, 2008.

                                                **BY THE COURT:**

                                                **s/ Robert E. Blackburn**
                                                **Robert E. Blackburn**
                                                **United States District Judge**

---

[1] The personal appearance and participation of the defendants are excused and waived. However, the attorneys for the parties or their designees possessing setting and calendar authority must participate.

[2] Counsel may meet and confer in any way practicable, including, but not limited to, in person, by telephone, electronic mail, facsimile transmission(s), and/or any reasonable combination thereof, etc.

[3] To the extent practicable, I exhort the parties to model any proposed scheduling order after the **Scheduling Order** I entered on October 12, 2007, in 07-cr-00183-REB, U.S. v. Banks, et al., *see* [#397].

[4] "CJA" are the initials for **C**riminal **J**ustice **A**ct codified at **18 U.S.C. § 3006A**.

[5] Regardless of the date proposed by parties for the motion hearing setting conference, it shall be conducted at 10:00 a.m. (MST).

[6] The personal appearance and participation of the defendants are excused and waived. However, the attorneys for the parties or their designees possessing setting and calendar authority must participate.