UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 08-cr-00365-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. MICHAEL ARTHUR GRIGGS,
2. CHARLES HOMER "CHIP" SHARP,
3. JUSTIN SHANE BLACKBURN,
4. MARK R. TROUDT,
5. JASON ALAN CAIN,
6. BRETT DAVID HARDING,
7. PETER T. JENNINGS,
8. MATTHEW KASKEL,
9. GARLAND SCOTT RISDON, and
10. DANIEL JOHN TRAVERS,

        Defendants,

and

DISASTER RESTORATION, INC.,

        Intervenor.
_____

### ORDER ON PROCEDURES, SETTING DEADLINES AND HEARINGS
_____

THIS MATTER came before the Court for a motions hearing on April 1, 2009. In accordance with the Court's oral rulings made during such hearing,

**IT IS ORDERED** that:

(1)   All documents filed in this case shall bear the complete case caption. If a document pertains only to a particular Defendant or Defendants, the name of such Defendant or

Defendants shall be in **bold** print on the caption.

(2)     If a Defendant files a Notice of Disposition, that Defendant and his or her counsel are excused from participating in all subsequent hearings <u>except</u> for hearings which pertain to that Defendant, *i.e.*, change of plea and sentencing hearings.

(3)     If counsel for a Defendant is unable to attend a hearing, that Defendant may file a motion to allow substitute counsel to represent him or her at such hearing.  Such motion must be accompanied by a statement that the Defendant consents to representation by substitute counsel at the particular hearing.

(4)     Any Defendant who has not filed a Notice of Disposition shall attend all scheduled hearings (apart from change of plea or sentencing hearings for co-Defendants who have filed Notices of Disposition) with his or her counsel.  If any Defendant or defense counsel desires to waive his or her appearance at any hearing, an appropriate motion shall be filed no later than 2 business days prior to the hearing.

(5)     With regard to any Defendant who is not in custody, a motion seeking leave to allow the Defendant to travel shall be filed at least 5 business days before the requested travel date.  No such motion will be granted unless the pre-trial supervision office is in agreement and either (a) the Government files written assent to the travel at least 2 business days before the requested travel date or (b) the motion is stipulated.

(6)     If a Defendant wishes to adopt the arguments made in a co-Defendant's motion, the Defendant should not file a "Motion to Join" in the co-Defendant's motion.  Instead, the Defendant should file a motion which requests specific relief and which has a caption identifying the relief sought.  The body of the motion may then incorporate by reference any arguments made by a co-Defendant.

(7)    At any hearing on motions, counsel shall be responsible for monitoring the disposition of their own motions.  Please note their docket numbers.  If a motion is not addressed by the Court at the hearing, and counsel do not request a ruling on the motion, the motion may be denied, as abandoned.

(8)    **Deadlines:**

All motions, with the exception of those brought under Fed. R. Crim. P. 12(b)(3)(E), will be filed by **April 27, 2009**.  The Government's response(s) will be filed by **May 27, 2009**.

Counsel will withdraw Motions to Join that have not yet been ruled upon and re-file them as motions that specify the relief they request by **April 13, 2009**.

(9)    **Hearings:**

A suppression hearing **(#148)** is set for **May 28 and May 29, 2009 at 8:30 a.m.**, in Courtroom A901, 901 19th Street, Denver, CO.

A pretrial conference is set for **June 29, 2009 at 1:30 p.m.**, in Courtroom A901, 901 19th Street, Denver, CO.  This hearing will not address motions to sever or dismiss or that require an evidentiary hearing.

Dated this 10th day of April, 2009

BY THE COURT:

*Marcia S. Krieger*

Marcia S. Krieger
United States District Judge