IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Case No. 08-cr-00365-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. **MICHAEL ARTHUR GRIGGS,**
2. **CHARLES HOMER "CHIP" SHARP,**
3. **JUSTIN SHANE BLACKBURN,**
4. **MARK R. TROUDT,**
5. **JASON ALAN CAIN,**
6. **BRETT DAVID HARDING,**
7. PETER T. JENNINGS,
8. **MATTHEW KASKEL,**
9. **GARLAND SCOTT RISDON, and**
10. **DANIEL JOHN TRAVERS,**

    Defendants,

and

DISASTER RESTORATION, INC.

    Intervenor.

_____

**ORDER PERMITTING ADDITIONAL DISCLOSURES OF GRAND JURY MATERIAL**
_____

The matter is before the Court on the Government's Motion to Permit Additional Disclosures of Grand Jury Material [**Doc. #421**]. Upon consideration of this motion and for good cause shown,

**IT IS ORDERED** that the government may disclose copies of the transcripts of the prosecutor's colloquies with grand jury 07-1 on September 8, 2008, to the attorneys for the

defendants under the conditions specified in the previous Order Governing Disclosure of Grand Jury Materials [Doc. # 103].

DATED this 26th day of May, 2009.

BY THE COURT:

*/s/ Marcia S. Krieger*

Marcia S. Krieger
United States District Judge