**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER**

Courtroom Deputy:  Patricia Glover           Date: May 28, 2009
Court Reporter:    Paul Zuckerman

Criminal Action No. 08-cr-00365-MSK

| *Parties*: | *Counsel Appearing*: |
|---|---|
| UNITED STATES OF AMERICA, | Pegeen Rhyne |
|  | Matthew Kirsch |
| Plaintiff, |  |
| v. |  |
| 1.  MICHAEL ARTHUR GRIGGS, | Michael Axt |
| 2.  CHARLES HOMER "CHIP" SHARP, | Patrick Burke |
| 3.  JUSTIN SHANE BLACKBURN, | Jeffrey Pagliuca |
| 4.  MARK R. TROUDT, | Bruce Brown |
| 5.  JASON ALLEN CAIN, | Janine Yunker |
| 6.  BRETT DAVID HARDING, | Marci Gilligan |
| 8.  MATTHEW KASKEL, | John Richilano |
| 9.  GARLAND SCOTT RISDON, and | Ronald Gainor |
| 10. DANIEL JOHN TRAVERS, | Kenneth Eichner |
| Defendants. |  |
| and |  |
| DISASTER RESTORATION, INC., |  |
| Intervenor | Stephen Peters |

**COURTROOM MINUTES**

HEARING:   Suppression  (Doc. #148, 353, 367, 371, 375 and 382).

**8:40 a.m.     Court in session**

Defendants present in custody. Defendant Cain has been excused from attending the hearing (Doc. #438 )

Keyonyu O'Connell, of counsel for defendant Kaskel is present.

The Court how the parties wish to proceed.

Courtroom Minutes
Judge Marcia S. Krieger
Page 2

Argument from counsel Peters and Kirsch.

Defendants move for sequestration of witnesses.   No objection from the Government.

**ORDER:**     Sequestration request is **GRANTED** and a Notice will be posted on the courtroom doors.

**Witness sworn  for the Government :Cindy Horton :**
**8:53 a.m.**     Direct Examination by Ms. Rhyne.

Cross examination of witness by Mr. Peters.

**10:35 a.m.      Court in recess**
**10:53 a.m.      Court in session**

Cross examination of witness Horton by Mr. Burke.

Cross examination of witness Horton by Mr. Pagliucca.

Re-direct examination of witness by Ms. Rhyne.

**Witness sworn  for defendants  : Steve Austin :**
**11:20 a.m.      Direct Examination by Ms. Yunker.**

Cross examination of witness by Ms. Rhyne.

Re-direct examination of witness by Ms. Yunker.

**Witness sworn  for the Government : Kate Gracia :**
**11:42 a.m.**     Direct Examination by Ms. Rhyne.

Cross examination of witness by Mr. Richilano.

Cross examination of witness by Mr. Burke.

Cross examination of witness by Mr. Pagliuca.

Cross examination of witness by Mr. Eichner.

Cross examination of witness by Mr. Peters.

Re-direct examination of witness by Ms. Rhyne.

**12:22 p.m.      Court in recess**
**1:40 p.m.       Court in session**

Courtroom Minutes
Judge Marcia S. Krieger
Page 3

**ORDER:**    Defendant Sharp's Motion for Reconsideration (**Doc. #435**) is **GRANTED**.

**Witness sworn for the Government : John Hersley :**
**1:44 p.m.**    Direct Examination by Mr. Kirsch.

Cross examination of witness by Mr. Burke.

**2:53 p.m.**    **Court in recess**
**3:02 p.m.**    **Court in session**

Cross examination of witness by Mr. Pagliucca.

Cross examination of witness by Mr. Eichner.

Re-direct examination of witness by Mr. Kirsch.

**Witness sworn for the Government :Steven Galbraith:**
**3:23 p.m.**    Direct Examination by Mr. Kirsch.

Cross examination of witness by Steve Peters.

Re-direct examination of witness by Mr. Kirsch.

The Government rests.

**Witness sworn for the defendants :Narissa Garlock:**
**3:45 p.m.**    Direct Examination by Ms. Gilligan**.**

Cross examination of witness by Ms. Rhyne.

No re-direct of this witness.

The Court addresses how much more time is needed for presentation of evidence.

Statement from counsel Peters and Rhyne.

**ORDER:**    The hearing is continued to **June 25, 2009 at 8:30** a.m. for conclusion of presentation of evidence with regard to this Motion to Suppress and to continue to **June 26, 2009**, for presentation of evidence on the motions to dismiss if an evidentiary hearing is warranted.

**ORDER**:    **By June 3, 2009**, the Government will either provide to defendants with what has been referred to as the OPS Plan, if it exists, or file their objection as to why it will not be produced.

Courtroom Minutes
Judge Marcia S. Krieger
Page 4

**ORDER:** Discovery motions will be filed by **June 5, 2009**.  Government response(s) will be filed by **June 19, 2009.**

**ORDER:** Bond is continued.

**4:46 p.m.** **Court in recess.**

**Total Time:** **5 hours 31 minutes.**
**Hearing continued.**