**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER**

Courtroom Deputy:   Patricia Glover           Date: June 25, 2009
Court Reporter:     Paul Zuckerman

Criminal Action No. 08-cr-00365-MSK

*Parties*:                                  *Counsel Appearing*:

UNITED STATES OF AMERICA,                   Pegeen Rhyne


Plaintiff,

v.

1.  MICHAEL ARTHUR GRIGGS,              Michael Axt
2.  CHARLES HOMER "CHIP" SHARP,         Patrick Burke
3.  JUSTIN SHANE BLACKBURN,             Jeffrey Pagliuca
4.  MARK R. TROUDT,                     Bruce Brown
5.  JASON ALLEN CAIN,                   Janine Yunker
6.  BRETT DAVID HARDING,                Marci Gilligan
8.  MATTHEW KASKEL,                     John Richilano
9.  GARLAND SCOTT RISDON, and           Ronald Gainor
10. DANIEL JOHN TRAVERS,                Kenneth Eichner

            Defendants.

and

DISASTER RESTORATION, INC.,

            Intervenor                      Stephen Peters

---

## COURTROOM MINUTES

---

HEARING:   Suppression  (Doc. #148, 353, 367, 371, 375 and 382).

**8:40 a.m.      Court in session**

This hearing is continued from May 28, 2009.

Defendants present on bond..  Defendants Cain, Harding and Kaskel has been excused from attending the hearing but their attorneys are present.

The Court addresses the Government's Motion to Quash (**Doc. #486**).

Courtroom Minutes
Judge Marcia S. Krieger
Page 2


Argument by Ms. Rhyne and Mr. Peters.

The Court reserves ruling.

**9:09 a.m.        Court in recess**
**9:21 a.m.        Court in session**

The Court addresses defendants' Motions for Sanctions (**Doc. #472, 473, 474, 475, 478, 483 and 484)**

Argument by counsel. Pagliucca, Burke, Eichner and Mr. Rhyne.

**ORDER:**        Defendants' Motions for Sanctions (Doc. **#472, 473, 474, 475, 478, 483 and 484**) are **DENIED.**

**Witness sworn  for defendants  :Kevin Tillison  :**
**9:36 a.m.        Direct Examination by Mr. Peters.**

Cross examination of witness by Ms. Rhyne.

**10:54 a.m.       Court in recess**
**11:12 a.m.       Court in session**

Continued cross examination of witness by Ms. Rhyne.

Re-direct examination of witness by Mr. Peters.

The Court addresses the documents reviewed by attorney Robert Mydans.

**ORDER:**        Government's Motion to Quash (**Doc. #486**) is **GRANTED.**

**Witness sworn  for defendants  : Robert Mydans  :**
**11:26 a.m.       Direct Examination by Mr. Peters.**

Cross examination of witness by Ms. Rhyne.

No re-direct examination of witness.

**11:50 a.m.       Court in recess**
**1:26 p.m.        Court in session**

**Witness sworn  for defendants  : Michael Griggs  :**
**1:29 p.m.        Direct Examination by Mr. Axt.**

Cross examination of witness by Ms. Rhyne.

Courtroom Minutes
Judge Marcia S. Krieger
Page 3

Cross examination of witness by Mr. Burke.

Cross examination of witness by Mr. Pagliucca.

Cross examination of witness by Mr. Eichner.

Cross examination of witness by Ms. Gilligan.

Cross examination of witness by Ms. Yunker.

Re-direct examination of witness by Mr. Axt.

**2:30 p.m.        Court in recess**
**2:46 p.m.        Court in session**

**Witness sworn  for defendants  : Charles Sharp  :**
** 2:47 p.m.       Direct Examination by Mr. Burke.**

Cross examination of witness by Ms. Rhyne.

No re-direct examination.

**Witness sworn  for defendants  : Justin Blackburn  :**
** 2:52 p.m.       Direct Examination by Mr. Pagliuca.**

Cross examination of witness by Ms. Rhyne.

**Witness sworn  for defendants  : Brett Harding  :**
** 3:12 p.m.       Direct Examination by Ms. Gilligan.**

Cross examination of witness by Ms. Rhyne.

**Witness sworn  for defendants  : Daniel Travers :**
** 3:16 p.m.       Direct Examination by Mr. Eichner**

Cross examination of witness by Mr. Rhyne.

Defendants rest.

Government's rebuttal

**Witness sworn  for the Government  : David Ollila  :**
**3:30 p.m.        Direct Examination by Ms. Rhyne.**

Cross examination of witness by Mr. Burke.

Courtroom Minutes
Judge Marcia S. Krieger
Page 4

No re-direct examination.

**Witness sworn  for the Government  : James Gillen  :**
**3:40 p.m.        Direct Examination by Ms. Rhyne.**

Cross examination of witness by Mr. Peters.

Cross examination of witness by Ms. Gilligan.

Re-direct examination of witness by Ms. Rhyne.

**ORDER:**        Bond is continued.

**4:02 p.m.        Court in recess.**

**Total Time:   5  hours 0  minutes.**
**Hearing continued.**