**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**HONORABLE MARCIA S. KRIEGER**

Courtroom Deputies:  Patricia Glover          Date: June 29, 2009
                     LaDonne Bush
Court Reporter:      Paul Zuckerman

Criminal Action No. 08-cr-00365-MSK

*Parties*:                                   *Counsel Appearing*:

UNITED STATES OF AMERICA,                    Pegeen Rhyne
                                             Matthew Kirsch

Plaintiff,

v.

1.  MICHAEL ARTHUR GRIGGS,           Michael Axt
2.  CHARLES HOMER "CHIP" SHARP,      Patrick Burke
3.  JUSTIN SHANE BLACKBURN,          Jeffrey Pagliuca
4.  MARK R. TROUDT,                  Bruce Brown
5.  JASON ALLEN CAIN,                Janine Yunker
6.  BRETT DAVID HARDING,             Marci Gilligan
8.  MATTHEW KASKEL,                  John Richilano
9.  GARLAND SCOTT RISDON, and        Ronald Gainor
10. DANIEL JOHN TRAVERS,             Kenneth Eichner

       Defendants.

and

DISASTER RESTORATION, INC.,

       Intervenor.                           Stephen Peters

---

**COURTROOM MINUTES**

---

HEARING:    Pretrial Conference and Motions Ruling

**1:57 p.m.    Court in session**.

Defendants present on bond. Defendants Cain, Kaskel and Troudt have been excused from attending the hearing but their attorneys are present.

The Court delivers its oral ruling on the Motions to Suppress (Doc. 148, 307, 329, 332 and 380).

Courtroom Minutes
Judge Marcia S. Krieger
Page 2

**ORDER**: With regard to the Motions to Suppress (**Doc. 148, 307, 329, 332 and 380**):

1. the motions are **DENIED as to Defendants Troudt, Kaskel and Risdon** due to lack of standing; and
2. **as to all other Defendants**, the motions are **GRANTED IN PART AND DENIED IN PART**. The motions are granted as to personal information seized from the defendants' offices or copied from DRI computers, either personal or network servers, and denied as to all business information.

**ORDER:** Counsel shall confer and submit dates they are available for an evidentiary hearing on motions (Doc. 335, 336, 337, 338, 341, 342, 356, 385, as well as 360 and 466). Counsel shall confer and submit a list of discovery motions they want to have ruled on by the Court, as compared to those motions on which counsel have agreed. Counsel shall confer and advise the Court which motions they want heard at a particular hearing, and how much time is needed for the hearing.

**ORDER**: On stipulation of the parties:

1. Government's Motion to Dismiss Counts 58 and 59 With Prejudice (**Doc. 409**) is **GRANTED**;
2. Motion to Dismiss Counts 58 and 59 (**Doc. 368**) is **MOOT**;
3. Defendant Sharp's Motion to Sever Counts 58 and 59 (**Doc. 370**) is **MOOT**; and
4. Motion of All Defendants to Sever Counts 58 and 59 of the Indictment (**Doc. 373**) is **MOOT**.

**ORDER**: Motion of All Defendants for Disclosure of Impeachment Evidence Pursuant to F.R.Evid. Rule 609(a) (**Doc. 376**) is **GRANTED** consistent with the representations made at Doc. 417.

Court instructs counsel that disclosures made under Rule 16 relative to expert opinions shall contain all representations necessary to satisfy the requirements of Rule 702.

**ORDER**: Defendants Motion for Notice of Government's Intent to Use Expert Testimony, for Disclosure of F.R.Crim.P. Rule 16(a)(1)(G) Summary, and Motion for Hearing (**Doc. 378**) is **DENIED AS MOOT**.

**ORDER**: Based on the oral requests of their counsel, Defendants Travers, Sharp, Griggs, Cain, Harding, and Troudt are excused from attending the next hearing.

**3:34 p.m.** **Court in recess.**

**Total Time: 01:37**
**Hearing concluded.**