**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER**

Courtroom Deputy:  Patricia Glover                    Date: August 14, 2009
Court Reporter:    Paul Zuckerman

Criminal Action No. 08-cr-00365-MSK

*Parties*:                                            *Counsel Appearing*:

UNITED STATES OF AMERICA,                             Pegeen Rhyne
                                                      William Pharo
                                                      Matthew Kirsch

Plaintiff,

v.

1.  MICHAEL ARTHUR GRIGGS,                            Stephen Peters
2.  CHARLES HOMER "CHIP" SHARP,                       Patrick Burke
3.  JUSTIN SHANE BLACKBURN,                           Jeffrey S. Pagliuca
4.  MARK R. TROUDT,                                   Bruce Brown
5.  JASON ALLEN CAIN,                                 Janine Yunker
6.  BRETT DAVID HARDING,                              Marcie Gilligan
8.  MATTHEW KASKEL,                                   John Richilano
9.  GARLAND SCOTT RISDON, and                         Ronald Gainor
10. DANIEL JOHN TRAVERS,                              Kenneth Eichner

      Defendant.

and

DISASTER RESTORATION, INC.,

      Intervenor                                      Stephen Peters

---

**COURTROOM MINUTES**

---

HEARING:    Motions (335, 360 and 466)

**8:34 a.m.    Court in session**.

Defendants Griggs, Blackburn, Troudt and Risdon are present on bond. Defendants Sharp, Cain, Harding, Kaskel and Travers have been excused from attending the hearing.

The Court addresses Government's Motion to Quash Rule 17 Subpoena (**Doc. #546**).

Courtroom Minutes
Judge Marcia S. Krieger
Page 2

Argument by counsel Pharo, Gilligan, Burke, Pagliuca and Peters.

Defendants concur they cannot continue with this hearing without the documents requested in the subpoena.

Argument by Ms. Rhyne.

Proffer by Mr. Pagliuca as to relevancy of the documents. Supplemental statements by counsel Eichner and Peters.

Ruling on the Government's Motion to Quash is deferred to allow time for the Government to submit the documents and defendants to submit the documents they have already received. The Court will review all of the documents *in camera.* This hearing will be continued.

**ORDER:** The United States Attorney's office in response to this subpoena will gather the information that has been requested with the following modification and that is that all of the requests are circumscribed to the following time period: January 17, 2006 through September 8, 2008. Defendants will provide an index and copies of the documents obtained in response to requests that have been made to NICB for the same time period. All of the documents the parties will be produced by **September 14, 2009,** in hard copy to chambers for the Court's *in camera* review.

The Court will issue a written ruling after review of the documents and direct counsel to set a hearing, if necessary.

Statement and request from Mr. Peters that the subpoena issued to Mr. Hersley be continued to the next hearing date.

**ORDER:** The subpoena issued to Mr. Hersley for today's hearing will be continued to the next hearing date.

Counsel Peters addresses his Motion at Doc. #534.

**ORDER:** **Doc. #534, Exhibit 2 is SEALED.** Mr. Peters will file a redacted Exhibit 2 to Doc. #534, deleting Ms. Horton's address.

The Court addresses Motion for Discovery (**Doc. #466**). .

**ORDER**: Motion for Discovery (**Doc. #466**) is **DENIED** as moot.

**ORDER:** Bond is continued.

Courtroom Minutes
Judge Marcia S. Krieger
Page 3

**10:04 a.m.      Court in recess.**

**Total Time:    1 hour 30 minutes**
**Hearing continued.**