**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE MARCIA S. KRIEGER**

Courtroom Deputy: Bernique Abiakam                         Date: March 13, 2013
Court Reporter: Terri Lindblom
Probation Officer: Katrina Devine

Criminal Action No. 08-cr-00365-MSK-1

*Parties*:                                                 *Counsel*:

UNITED STATES OF AMERICA,                                  Pegeen D. Rhyne
                                                           Tonya S. Andrews

      Plaintiff,

v.

1.  MICHAEL ARTHUR GRIGGS,                                 Stephen C. Peters

      Defendant.

---

**SENTENCING MINUTES**

---

**9:06 a.m.     Court in session**.

Court calls case.  Appearances of counsel.  Defendant present on bond.

**Defendant found guilty of Counts One, Four, Seven, Eight, Fifteen, Sixteen, Seventeen, Twenty-Two, Twenty-Three, Thirty, Thirty-One, Thirty-Six, Thirty-Seven, and Fifty-Three by jury on August 15, 2013.**

Parties received and reviewed the presentence report and all addenda.

The parties **do not** dispute the facts contained in the presentence report.

The parties **do not** dispute the calculation of the sentence under the Federal Sentencing Guidelines as set forth in the original presentence report.

The defendant **does** request departure.

Allocution. - Statements made by: (The Government)(the defendant) (defense counsel)

After consideration of the provisions of 18 U.S.C. 3553 (a), the Court announces the sentence it intends to impose as reflected in the record.  Counsel are offered the opportunity for further argument.

Sentencing Minutes
Chief Judge Marcia S. Krieger
Page 2

**ORDER:** **Defendant Griggs' Motion For Downward Sentencing Departure Pursuant To Advisory Guideline 2B1.1 Application Note 19( C ) [Filed 2/7/13; Doc. No. 1542] is DENIED.**

**ORDER:** **Defendant Griggs' Motion For Variant Sentence (Filed 2/7/13; Doc. No. 1543) is GRANTED, as specified.**

**THE DEFENDANT IS SENTENCED AS REFLECTED IN THE RECORD.**

The defendant is advised of his right to appeal.

**ORDER:** Defendant shall self surrender to the facility designated by the United States Bureau of Prisons within 14 days after designation.

**10:24 a.m.   Court in recess.**
Hearing concluded.
Total Time:1 hour, 18 minutes.