**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE MARCIA S. KRIEGER**

Courtroom Deputy:   Patricia Glover                    Date: March 21, 2013
Court Reporter:      Terri Lindblom

Criminal Action No. 08-cr-00365-MSK

*Parties*:                                              *Counsel Appearing:*

UNITED STATES OF AMERICA,                                Pegeen Rhyne
                                                         Tanya Andrews

        Plaintiff,

v.

MICHAEL ARTHUR GRIGGS,                                   Stephen Peters
CHARLES HOMER SHARP,                                     Patrick Burke

        Defendants.

---

### SENTENCING MINUTES

---

HEARING:   Continuation of Sentencing hearings on March 11 and 13, 2013.

**9:06 a.m.**      **Court in session.**

Defendants present on bond.

The Court addresses the Government's Motion for Forfeiture (**Doc. #1544**)

**9:11 a.m.**      **Court in recess**
**9:23 a.m.**      **Court in session**

Argument.

**10:23 a.m.**     **Court in recess**
**10:35 a.m.**     **Court n session**

The Government requests to proceed on the forfeiture allegation as to defendant Griggs only.

Courtroom Minutes
Chief Judge Marcia S. Krieger
Page 2

No further argument by counsel for defendants.

Oral findings and conclusions of  law are made of record and incorporated herein.

**ORDER:**     As to defendant Sharp judgment is final and the motion for forfeiture is deemed
WITHDRAWN.  As to defendant Griggs the court declines to impose a forfeiture
amount for the reasons stated on the record.  The Motion for Forfeiture (**Doc.
#1544) is DENIED.** The judgment as to defendant Griggs is final.

**ORDER:**     Bond is continued until the defendants' self surrender.

**10:44 a.m.     Court in recess.**

**Total Time:   1 hour 14 minutes.**
**Hearing concluded.**